UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 17-14307-CIV-MARTINEZ-MAYNARD

STEVEN A. MONKS and
DEBORAH J. MONKS,

    Plaintiffs,

vs.

DIAMOND RESORTS INTERNATIONAL,
INC. and DIAMOND RESORTS U.S.
COLLECTION DEVELOPMENT, L.L.C.,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiffs' Notice of Voluntary Dismissal without Prejudice [ECF No. 64]. It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of September, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record